## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CRYSTAL ANN BALL,                                                                           Plaintiff

v.                               Case No. 2:12-cv-00223 KGB

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,                                                                   Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is considered, ordered, and adjudged that the decision of the Commissioner is affirmed and that Crystal Ball's complaint is dismissed with prejudice.

DATED this 31st day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE